**Electronically Filed
Supreme Court
SCPW-25-0000834
16-MAR-2026
08:35 AM
Dkt. 6 ODDP**

SCPW-25-0000834

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WAIKOLOA PLAZA, LLC,
Petitioner,

vs.

THE HONORABLE KAUANOE A.D. JACKSON,
Judge of the Circuit Court of the Third Circuit,
State of Hawaiʻi, Respondent Judge;

and

FOODLAND SUPER MARKET, LIMITED,
Respondent.

---

ORIGINAL PROCEEDING
(3CCV-24-0000430)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: McKenna, C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Copeland, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus

filed November 21, 2025, and the record, Petitioner failed to

establish a clear and indisputable right to the relief

requested.  See <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 16, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rebecca A. Copeland

